IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:05-CR-30002-001 |
| ) | |
| JEFFERY ARTRIPE, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's <u>Unopposed Motion to Modify "Order Appointing Counsel" by Reducing Amount to Be Paid to Offset Cost of Representation</u>, the Court finds the Motion to be well taken and hereby grants it.

WHEREFORE, the $300 payment made by the defendant to offset the cost of his legal representation is hereby adjudged and decreed to be full satisfaction of the requirement in the Court's original "Order Appointing Counsel," calling for a payment of $1,000, and it is hereby further ordered that no further payment beyond the $300 already paid shall be required.

IT IS SO ORDERED.

_____
Honorable Beverly Stites-Jones
United States Magistrate Judge

ENTERED: 8-19-05

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**AUG 19 2005**

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK